# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO.** 26-40064-AJP-RES

**TROY DWAYNE WATSON,**

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**BRIBERY**
**[18 U.S.C. § 666(a)(1)(B)]**

Between on or about the 1st day of October, 2021 and the 1st day of April, 2022, in the District of Kansas, the defendant,

**TROY DWAYNE WATSON,**

a police officer with the Junction City, Kansas Police Department, being an agent of the city of Junction City, Kansas, corruptly solicited and demanded for the benefit of any person, and accepted and agreed to accept, anything of value from any person, to-wit:

sexual favors from Confidential Informant #1, intending to be influenced and rewarded in connection with any business, transactions, and series of transactions of such local government and agency, involving anything of value of $5,000 or more, to-wit: the criminal matters of Confidential Informant #1, and during the same one year period the local government and agency thereof received benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance or other form of Federal assistance.

In violation of Title 18, United States Code, Section 666(a)(1)(B).

A TRUE BILL.

September 16, 2026
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Sara L. Walton
Sara L. Walton
Assistant United States Attorney
District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas 66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: sara.walton@usdoj.gov
Ks. S. Ct. No. 24106

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

## PENALTIES

**Count 1: Bribery**

- Punishable by a term of imprisonment of not more than ten (10) years. 18 U.S.C. § 666.
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.