IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | Case No. 26-40064-AJP-RES |
| TROY DWAYNE WATSON Defendant. | ) | |

**UNITED STATES' NOTICE TO THE COURT**

Comes now the United States of America, by and through its attorney, Sara L. Walton, Assistant United States Attorney for the District of Kansas, and hereby gives notice to the Court that to the best of its knowledge the investigation and/or prosecution of this action:

☑ Involved the Kansas Bureau of Investigation (KBI), its agents, laboratory, or any services thereof between January 9, 2023 and present; or

☐ Did not involve the Kansas Bureau of Investigation (KBI), its agents, laboratory, or any services thereof between January 9, 2023, and present.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney

s/ Sara L. Walton

Sara L. Walton #24106
Assistant U.S. Attorney
District of Kansas
444 S.E. Quincy, Suite 290
Topeka, KS. 66683
Ph: (785) 295-2850
Sara.Walton@usdoj.gov